UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF01007N (rev 06/2017)

In re:

**Freedom Trucking, LLC**,            Case No. **20–02200–JJG–11**
     Debtor.

## DEFICIENCY NOTICE FOR BANKRUPTCY PETITION

**NOTICE IS GIVEN** that your Bankruptcy Petition is incomplete. Required items which have not been filed as of this date are noted below:

- Small Business Balance Sheet or Statement in Lieu due April 17, 2020
- Income & Expense Schedule due April 24, 2020
- Small Business Statement of Operations or Statement in Lieu due April 17, 2020
- Small Business Tax Return or Statement in Lieu due April 17, 2020
- Small Business Cash Flow Statement or Statement in Lieu due April 17, 2020

Documents filed with the Court must be the most recent official forms which can be found at www.uscourts.gov/forms/bankruptcy–forms.

**NOTICE IS FURTHER GIVEN** that unless these items are filed by the due date listed above, or an extension of time to file is properly applied for and granted, the above–captioned case may be dismissed immediately without further notice at the expiration of the due date or extended time period.

Dated:  April 13, 2020                      Kevin P. Dempsey
                                               Clerk, U.S. Bankruptcy Court