# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−1 | User: admin | Date Created: 4/13/2020 |
| Case: 20−02200−JJG−11 | Form ID: SF01007N | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty   Robert D Cheesebourough   robertcheesebourough@gmail.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Freedom Trucking, LLC   14601 Scarbourgh Lane   Noblesville, IN 46062

TOTAL: 1